CLOSED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VISION CAPITAL FINANCE, INC., a California corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>YONGSU KO, an individual; JAEHEE KO, an individual; KIHEI MARKET PLACE, LLC, a suspended Hawaii limited liability company,<br><br>  Defendants. | Case No. 12-CV-03086 JGB (VBKx)<br><br>**JUDGMENT** |

Plaintiff Vision Capital Finance, Inc. ("Plaintiff" or "Vision Capital"), applied to this Court to enforce the terms of a fully executed settlement agreement wherein a judgment is entered in favor of Plaintiff jointly and severally against Defendants Yongsu Ko, Jaehee Ko and Kihei Market Place, LLC.

This action having come before the Court, and the Court having considered the same and ordered entry of judgment in favor of Plaintiff pursuant to the settlement agreement between the parties, now therefore:

/ / /

1  IT IS ORDERED AND ADJUDGED that, in accordance with the Court's Order of May 15, 2013, judgment is hereby entered in this case in favor of Plaintiff, Vision Capital, a California corporation, and against Defendants Yongsu Ko, an individual; Jaehee Ko, an individual; and Kihei Market Place, LLC, a Hawaii limited liability company, jointly and severally, as follows: damages in the amount of ten thousand six hundred fifty dollars and no cents ($10,650.00); attorney's fees of one thousand eight hundred sixty-seven dollars and fifty cents ($1,867.50)  and  costs of ninety dollars ($90.00), for a total judgment of  **$12,607.50.**

**IT IS SO ORDERED.**

Dated:  **July 9, 2013**

Honorable Jesus G. Bernal
United States District Judge